closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN NAY, by and through his Guardian Ad Litem, LESLIE C. HURST NAY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY.<br><br>　　　　Defendant. | Case No: EDCV10-1576 JFW(OPx)<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

**O R D E R**

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 31, 2011

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　Honorable John F. Walter
　　　　　　　　　　　　　　　Judge of the U.S. District Court